**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Xavier DEGOLLADO, Defendant–Appellant.**

**No. 12–40469.**

United States Court of Appeals, Fifth Circuit.

June 18, 2014.

John Richard Berry, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

Defendant–Appellant Xavier Degollado was convicted of receiving child pornography in violation of 18 U.S.C. § 2225A(a)(2)(A). On appeal, Degollado challenged the resulting sentence of imprisonment and order of restitution. We affirmed. *United States v. Degollado,* 547 Fed.Appx. 592 (5th Cir.2013).

The Supreme Court vacated our judgment and remanded for further consideration in light of *Paroline v. United States,* —— U.S. ——, 134 S.Ct. 1710, 188 L.Ed.2d 714 (2014). In *Paroline,* the Court held that 18 U.S.C. § 2259 requires "restitution in an amount that comports with the defendant's relative role in the causal process that underlies the victim's general losses." 134 S.Ct. at 1727.

Accordingly, we VACATE the order of restitution, and we REMAND for proceedings consistent with the Supreme Court's opinion in *Paroline.* We once more AFFIRM the sentence of imprisonment.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

AFFIRMED IN PART; VACATED and REMANDED IN PART.